

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00490-CR

| | | |
|---|---|---|
| Nicole A. Garrison | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1248453D) |
| v. | § | December 13, 2012 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00490-CR

NICOLE A. GARRISON                                    APPELLANT

V.

THE STATE OF TEXAS                                         STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Nicole A. Garrison filed her notice of appeal of the trial court's October 21, 2011 order of deferred adjudication almost one year later, on October 10, 2012. On October 22, 2012, we sent Garrison a letter informing her of our concern that we lacked jurisdiction over the appeal because of the untimely filing of the notice of appeal. *See* Tex. R. App. P. 26.2(a)(1). We requested that she or any party desiring to continue the appeal file a response

---

[1]*See* Tex. R. App. P. 47.4.

showing grounds for continuing the appeal by November 1, 2012, or the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. No response was filed.

This court does not have authority to grant an out-of-time appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (reasoning that if an appeal is not timely perfected, a court of appeals has no jurisdiction to address the merits of the appeal and can take no action other than to dismiss it). Only the Texas Court of Criminal Appeals may grant an out of time appeal. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2012); *Olivo v. State*, 918 S.W.2d 519, 523, 525 n.8 (Tex. Crim. App. 1996). Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Olivo*, 918 S.W.2d at 523.

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 13, 2012

3